IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PRESTON SCOTT PIERCE, INDIVIDUALLY,
AND AS ADMINISTRATOR OF THE ESTATE
OF RITA CAROL PIERCE, DECEASED,
AND MICHAEL CALVIN HENDERSON,
INDIVIDUALLY                                                                                      PLAINTIFFS

VERSUS                                                      CIVIL ACTION NO. 1:02cv791LG-RHW

JIMMIE HATCHER D/B/A HATCHER'S
DAIRY FARM AND OBED E. MCDANIEL                                              DEFENDANTS

### JUDGMENT

THIS CAUSE came before the Court on November 13, 2006 for trial without a jury pursuant to FED. R. CIV. P. 52.  The Court, after a full review and consideration of the evidence presented, pleadings on file, arguments of counsel and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Jimme Hatcher d/b/a Hatcher's Dairy Farm and Obed E. McDaniel.  Plaintiffs' claims against the Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2007.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    UNITED STATES DISTRICT JUDGE